BELLA LAPPERT, Respondent, *v.* CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant.

*Lappert* v. *Consolidated Tel. & El. Subway Co.*, 123 App. Div. 925, affirmed.
(Argued March 24, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

January 31, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Frederick Hulse* for appellant.

*Max L. Shallek* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, JJ.　Dissenting: GRAY and WERNER, JJ.